# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132318 & (69) (72)

MARK METRO, ROBERT F. WARDROP, II,
DONALD TURNWALL, and NANCEE L.
TURNWALL,
        Plaintiffs-Appellants,

v

AMWAY ASIA PACIFIC LTD, NEW AAP
LIMITED, STEPHEN A. VAN ANDEL,
RICHARD M. DEVOS, JR., DOUGLAS L.
DEVOS, and GOLDMAN SACHS &
COMPANY,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132318
COA: 258902
Kent CC: 03-005836-CZ

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The conditional motion to include issue not raised in the application for leave to appeal is DENIED as moot.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007 _____

s0220 _____
                       Clerk